IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION – MAGISTRATE COURT

UNITED STATES OF AMERICA

v.     Case No. 3:25-po-03035-CDC

LARS M. POWELL

## ORDER

On this date, the Court accepts Defendant's guilty plea as to Count 1, Refusal to Submit to Chemical Test, 4.23(c)(2), and finds the Defendant guilty. Defendant is, therefore, ordered to comply with the terms and conditions of the guilty plea as specified in Paragraph Three. Failure to comply with the terms and conditions of this agreement can result in issuance of an arrest warrant. In addition, any imposed fine and/or administrative fees may be referred to the United States Treasury for collection.

As to Count Two, Operating Under the Influence of Alcohol or Drugs, 36 CFR 4.23(a)(1), the Court finds the Defendant not guilty.

Dated this 17th day of November, 2025.

*/s/ Christy D. Comstock*
Honorable Christy D. Comstock
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION – MAGISTRATE COURT

UNITED STATES OF AMERICA

v.     Case No. 3:25-po-03035-CDC

LARS M. POWELL

### DEFENDANT'S PLEA OF GUILTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LARS M. POWELL, Defendant herein, and enters this Plea of Guilty and respectfully states and admits as follows:

1. Defendant is charged with the offense(s) of:

    Operating Under the Influence of Alcohol or Drugs, 36 CFR 4.23(a)(1)
    Refusal to Submit to Chemical Test, 4.23(c)(2)

2. Defendant understands that, under Rule 58, Federal Rules of Criminal Procedure, Defendant has the right to remain silent, the right to hire a lawyer (or have one appointed if he/she cannot afford to hire a lawyer), and the right to trial before the United States Magistrate Judge. Defendant further understands that the maximum penalty that may be imposed for the violation described in Paragraph One is a fine of no more than $5,000.00, no more than 6 months imprisonment, a processing fee in the amount of $30.00, and a Special Assessment in the amount of $10.00.

3. Defendant hereby waives the above rights (except the right to a lawyer only if noted by lawyer's signature below) and enters a plea of guilty to the following charges as follows and agrees to the following terms and conditions:

**Count One:** Operating Under the Influence of Alcohol or Drugs, 36 CFR 4.23(a)(1)
**Citation No:** E1259802
**Confinement:** The Government and Defendant stipulate to a finding of not guilty as to this charge.

Doc ID: a51a0d114936951b1bb6a8114dbef1ca8f4fba1d

**Count Two:** Refusal to Submit to Chemical Test, 4.23(c)(2)
**Citation No: E1259803**
**Fine** - $ 560.00      **Special Assessment** - $10      **Processing Fee** - $30

**Total** - $ 600.00 to be paid by December 31, 2025.

_____          11 / 06 / 2025
Lars M. Powell                                               Date

_____
Kao Lee, Defense Counsel

The undersigned Assistant U.S. Attorney agrees to this disposition.

_____
Assistant U.S. Attorney

2 of 2

Doc ID: a51a0d114936951b1bb6a8114dbef1ca8f4fba1d